# United States Court of Appeals
## For the First Circuit

No. 14-1502

FIRE AND POLICE PENSION ASSOCIATION OF COLORADO;
CITY OF AUSTIN POLICE RETIREMENT SYSTEM,

Plaintiffs, Appellants,

and

KARSE SIMON, individually and on behalf of all others
similarly situated; ARLENE SIMON, individually and
on behalf of all others similarly situated; OKLAHOMA
POLICE PENSION AND RETIREMENT SYSTEM; CITY OF HOLLYWOOD
(FL) EMPLOYEES' RETIREMENT FUND; TULARE COUNTY EMPLOYEES'
RETIREMENT ASSOCIATION; ORLANDO POLICE PENSION FUND,

Plaintiffs,

v.

ABIOMED, INC.; MICHAEL R. MINOGUE; ROBERT L. BOWEN,

Defendants, Appellees.

---

**ERRATA SHEET**

The opinion of this Court issued on February 6, 2015, is amended as follows:

On page 4, line 7, the period after "109" is deleted.

On page 39, line 15, "to" is inserted between "them" and "amend".